**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000528
26-APR-2021
08:02 AM
Dkt. 73 OGMD**

NO. CAAP-19-0000528

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

DEZIGNS CONSTRUCTION OF PR, LLC, Plaintiff-Appellee,
v.
NEIGHBORHOOD POWER CORPORATION and RENEWABLE ENERGY VENTURES,
LLC, Defendants-Appellants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NO. 2SP181000064)

ORDER GRANTING JOINT MOTION TO DISMISS APPEAL
(By:  Ginoza, Chief Judge, Leonard and Hiraoka, JJ.)

Upon consideration of the "Joint/Stipulated Motion to Dismiss Appeal," filed on April 20, 2021, by Plaintiff-Appellee Dezigns Construction of PR, LLC and Defendants-Appellants Neighborhood Power Corporation and Renewable Energy Ventures, LLC, the papers in support, and the record, it appears that: (1) this appeal has been docketed; (2) the parties stipulate to dismiss this appeal and bear their own attorneys' fees and costs; (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; and (4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the Joint/Stipulated Motion to Dismiss Appeal is granted and this appeal is dismissed. The parties shall bear their own attorneys' fees and costs on appeal.

DATED: Honolulu, Hawaiʻi, April 26, 2021.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Keith K. Hiraoka
Associate Judge